441 A.2d 445

In re Commitment of Gary Curtis Mayo.

Appeal of Gary Curtis Mayo.

Submitted April 8, 1981. Charles B. Coleman, Assistant Public Defender, for appellant; Donald Pixler, for participating party (Mental Health/Mental Retardation)

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

---

441 A.2d 445

Sherman et ux. v. Yentis, ex ux., Appellants.

Argued January 27, 1981. G. David Rosenblum, for appellants; Matthew S. Biron, for appellees.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order of June 2, 1980, is affirmed.